U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 2 0 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 06-0881 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JOHNNY G. SMITH, ET AL. | MAG. JUDGE KAREN L. HAYES |

RULING

This is an action by the Plaintiff United States of America against Defendants Johnny G. Smith and Irene D. Stephens Wiggins f/k/a Irene D. Smith ("the Smiths") and Steve W. Swinford and Pete T. Gunn, III ("Swinford and Gunn") to recover unpaid payroll taxes. On December 5, 2008, Magistrate Judge Karen L. Hayes issued a Report and Recommendation [Doc. No. 38], which the Court ADOPTS, recommending that the answers filed by the Smiths be stricken and that a default judgment be entered in favor of Plaintiff and against the Smiths in an amount established by the prospective submission of competent summary judgment evidence.

On December 22, 2008, Plaintiff submitted evidence in the form of an affidavit by an IRS employee [Doc. No. 42] establishing that the Smiths owe $153,496.79, plus post-judgment interest at the applicable quarterly rate compounded daily in accordance with 26 U.S.C. § 6621(a)–(b) from December 31, 2008, until the judgment is satisfied, and all assessable court costs. The Court finds that the evidence submitted competently establishes the amount the Smiths owe and enters a judgment in favor of Plaintiff and against the Smiths consistent therewith.

On December 5, 2008, Magistrate Judge Hayes also issued a Notice of Intent to Dismiss

[Doc. No. 39] the cross-claim [Doc. No. 9] filed by Swinford and Gunn against the Smiths. Swinford and Gunn were instructed to supplement the record within 15 days with evidence and citations to authorities to establish that the Smiths received proper notice and service of the cross-claim or face dismissal of the cross-claim for failure to prosecute. As of the date of this Memorandum Order, Swinford and Gunn have failed to respond. Accordingly, Swinford's and Gunn's cross-claim is DISMISSED WITHOUT PREJUDICE for failure to prosecute. *See* FED. R. CIV. P. 41(b).

MONROE, LOUISIANA, this 20 day of January, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE