U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 20 2009

ROBERT H. SHEMWELL, CLERK
BY
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 06-0881 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JOHNNY G. SMITH, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 38], ADOPTED by the Court, and for the additional reasons stated in the Court's Ruling,

IT IS HEREBY ORDERED that the answers [Doc. Nos. 3 & 4] filed by Defendants Johnny G. Smith and Irene D. Stephens Wiggins f/k/a Irene D. Smith ("the Smiths") are STRICKEN from the record.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that judgment by default is entered in favor of Plaintiff United States of America and against the Smiths in the amount of $153,496.79, plus post-judgment interest at the applicable quarterly rate compounded daily in accordance with 26 U.S.C. § 6621(a)–(b) from December 31, 2008, until the judgment is satisfied, and all assessable court costs.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the cross-claim [Doc. No. 9] filed by Defendants Steve W. Swinford and Pete T. Gunn, III ("Swinford and Gunn") against the Smiths is DISMISSED WITHOUT PREJUDICE for failure to prosecute. *See* FED. R. CIV. P. 41(b).

The Clerk of Court shall administratively terminate this action.

MONROE, LOUISIANA, this 20 day of January, 2009.

*[signature: Robert G. James]*
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE